UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMTIH DIVISION

CINDY J. FLURRY                                                                    PLAINTIFF

    VS.                      Civil No. 2:14-cv-2116-MEF

CAROLYN W. COLVIN,                                                         DEFENDANT
Commissioner of Social Security Administration

## JUDGMENT

For reasons stated in the Memorandum Opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice.  **The parties have sixty (60) days from entry of the Judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 9th day of June, 2015

                                                    /s/ Mark E. Ford
                                                    HONORABLE MARK E. FORD
                                                    UNITED STATES MAGISTRATE JUDGE